**INVALID UNLESS EXECUTED**

David Abrams, Attorney at Law
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

MAR 1 4 2018

|  |  |
|---|---|
| Jay DiMatteo,  Plaintiff,  - against -  Tremont Diagnostic Imaging, P.C., a/k/a Bronx Imaging & Albert Foozailov  Defendants. | No. 17 cv 9756 (AJN)  **Notice of Dismissal** |

Plaintiff hereby withdraws this matter with prejudice and without costs.

Respectfully submitted,

David Abrams
 Attorney for Plaintiff
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821
Fax    212-897-5811

February 28, 2018
New York, New York

SO ORDERED: 3/14/18
U.S.D.J.